# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 20, 2019

158981 & (15)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DAIL GLENN DEBRUYNE,
      Defendant-Appellant.

SC: 158981
COA: 346534
Jackson CC: 18-004322-FH

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the January 10, 2019 order of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.

We further ORDER that trial court proceedings in the Jackson Circuit Court are stayed pending the completion of this appeal. On motion of a party or on its own motion, the Court of Appeals may modify, set aside, or place conditions on the stay if it appears that the appeal is not being vigorously prosecuted or if other appropriate grounds appear.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 20, 2019



Clerk

s0313